**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-7357**

_____

JAMES STEPHON MCDOWELL, a/k/a James S. McDowell,

        Plaintiff - Appellant,

    v.

CAROL E. MITCHELL-HAMILTON; JOHN B. TOMARCHIO; TIANNA R. RANDOLPH; ROBERT M. STEVENSON, III; T. MONTGOMERY; BRYAN STERLING; EVELYN BARBER, Head Food Supervisor,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the District of South Carolina, at Beaufort.    Bruce H. Hendricks, District Judge. (9:14-cv-02132-BHH)

_____

Submitted:  January 14, 2016        Decided:  January 20, 2016

_____

Before AGEE, WYNN, and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

James Stephon McDowell, Appellant Pro Se.  James E. Parham, Jr., Irmo, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Stephon McDowell appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>McDowell v. Mitchell-Hamilton</u>, No. 9:14-cv-02132-BHH (D.S.C. July 20, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2